STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

15-715 consolidated with 15-761


GEORGE RAYMOND WILLIAMS, M.D., ET AL.

VERSUS

BESTCOMP, INC., ET AL.

**********
ON APPLICATION FOR SUPERVISORY WRIT
FROM THE TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 09-C-5242-A
HONORABLE JAMES PAUL DOHERTY, JR., DISTRICT JUDGE

**********

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Shannon J. Gremillion, and Phyllis M. Keaty, Judges.


WRIT DENIED.


Judy Y. Barrasso
Barrasso, Usdin, Kupperman
909 Poydras Street – Suite 2400
New Orleans, LA 70112
Telephone: (504) 589-9700
COUNSEL FOR:
	Defendant/Applicant - Darwin Select Insurance Company

John Stanton Bradford
William Boyce Monk
Stockwell, Sievert, Viccellio, Clements & Shaddock, L.L.P.
P. O. Box 2900
Lake Charles, LA 70602
Telephone: (337) 436-9491
COUNSEL FOR:
	Plaintiffs/Respondents - Joe Wilson, Wilson Chiropractic Center, Inc.,
	Orthopaedic Surgery, A Professional Medical, LLC, West Louisiana
	Health Services, Inc., d/b/a Beauregard Memorial Hospital, and George
	Raymond Williams, M.D.

**Patrick Craig Morrow, Sr.**
**Morrow, Morrow**
**P. O. Box 1787**
**Opelousas, LA 70570**
**Telephone: (337) 948-4483**
**COUNSEL FOR:**
> **Plaintiffs/Respondents - West Louisiana Health Services, Inc., d/b/a Beauregard Memorial Hospital, Orthopaedic Surgery, A Professional Medical, LLC, Joe Wilson, George Raymond Williams, M.D., and Wilson Chiropractic Center, Inc.**

**Stephen Barnett Murray**
**Stephen Barnett Murray, Jr.**
**Arthur M. Murray**
**Nicole A. Murray-Ieyoub**
**Amanda Klevorn**
**Murray Law Firm**
**650 Poydras Street – Suite 2150**
**New Orleans, LA 70130**
**Telephone: (504) 525-8100**
**COUNSEL FOR:**
> **Plaintiffs/Respondents - Joe Wilson, Orthopaedic Surgery, A Professional Medical, LLC, George Raymond Williams, M.D., Wilson Chiropractic Center, Inc., and West Louisiana Health Services, Inc., d/b/a Beauregard Memorial Hospital**

**Maureen O'Connor Sullivan**
**Tabitha R. Durbin**
**Christie Noel**
**Lewis, Brisbois, Bisgaard**
**100 E. Vermilion - Suite 300**
**Lafayette, LA 70501**
**Telephone: (337) 326-5777**
**COUNSEL FOR:**
> **Defendants/Applicants - Illinois Union Insurance Company and Westchester Surplus Lines Insurance Company**

**George Davidson Fagan**
**Margaret F. Swetman**
**Anton L. Hasenkampf**
**Leake & Anderson**
**1100 Poydras Street – Suite 1700**
**New Orleans, LA 70163**
**Telephone: (504) 585-7500**
**COUNSEL FOR:**
> **Defendant/Applicant - Chartis Specialty Insurance Co.**

**Thomas Allen Filo**
**Michael Kevin Cox**
**Cox, Cox, Filo, Camel & Wilson, L.L.C.**
**723 Broad Street**
**Lake Charles, LA 70601**
**Telephone: (337) 436-6611**
**COUNSEL FOR:**
      **Plaintiffs/Respondents - George Raymond Williams, M.D., Orthopaedic Surgery, A Professional Medical, LLC, Wilson Chiropractic Center, Inc., West Louisiana Health Services, Inc., d/b/a Beauregard Memorial Hospital, and Joe Wilson**

**Patrick J. McShane**
**Carl Edward Hellmers**
**Heather McArthur**
**Frilot, LLC**
**1100 Poydras Street – Suite 3700**
**New Orleans, LA 70163**
**Telephone: (504) 599-8000**
**COUNSEL FOR:**
      **Defendant/Applicant - Landmark American Insurance Company**

**Gabriel Joseph Veninata**
**Hailey McNamara**
**P. O. Box 8288**
**Metairie, LA 70011**
**Telephone: (504) 836-6500**
**COUNSEL FOR:**
      **Defendant/Respondent - Stratacare, LLC**

**Michael A. Balascio**
**Barrasso Usdin Kupperman**
**909 Poydras Street – 24th Floor**
**New Orleans, LA 70112**
**Telephone: (504) 589-9700**
**COUNSEL FOR:**
      **Defendant/Applicant - Darwin Select Insurance Company**

**THIBODEAUX, Chief Judge.**

For the reasons discussed in the consolidated case of *George Raymond Williams, M.D., Orthopaedic Surgery, A Professional Medical L.L.C., et al. v. Bestcomp, Inc., et al.*, 15-761 (La.App. 3 Cir. __/__/__), __ So.3d __, this court finds that it has subject matter jurisdiction to consider the appeal of that case, rendering the application for a supervisory writ moot. We, therefore, deny the writ application of Chartis Specialty Insurance, Co., Darwin Select Insurance Company, Landmark American Insurance Company, Illinois Union Insurance Company, and Westchester Surplus Lines Insurance Company.

**WRIT DENIED.**